**BAKER & HOSTETLER LLP**
Heather J. McDonald
Robertson D. Beckerlegge
Megan A. Corrigan
Amanda M. Spoto
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Attorneys for Plaintiffs
MLB Advanced Media, L.P. and Major League Baseball Properties, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MLB ADVANCED MEDIA, L.P. and
MAJOR LEAGUE BASEBALL
PROPERTIES, INC.

          Plaintiffs,

    -against-

VARIOUS JOHN DOES, JANE DOES, and
XYZ COMPANIES,

          Defendants.

CIVIL ACTION NO.

24 CV 08074

RECEIVED
OCT 2 5 2024
S.D.N.Y - APPEALS

## NOTICE OF DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby dismiss without prejudice Defendants Various John Does, Jane Does, and XYZ Companies located at all of the addresses identified in Plaintiffs' Complaint from the above captioned action. This Notice resolves the above-captioned action in its entirety.

Dated: October 25, 2024
New York, New York

**BAKER & HOSTETLER LLP**

By: _____

Heather J. McDonald
Robertson D. Beckerlegge
Megan A. Corrigan
Amanda M. Spoto
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for Plaintiffs MLB Advanced*
*Media, L.P. and Major League Baseball*
*Properties, Inc.*

After plaintiffs voluntarily dismissed this action, which was originally filed under seal, the Court ordered the parties to explain whether there is any basis for the continued sealing of this docket. Plaintiffs did not provide any explanation. Accordingly, the Clerk of Court is respectfully directly to unseal docket 24cv8074. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589 (1978) ("Every court has supervisory power over its own records and files."). SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 29, 2024