UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MLB ADVANCED MEDIA, L.P. and MAJOR LEAGUE BASEBALL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES, <br><br> Defendants. | 24-cv-8074 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiffs' counsel is hereby ordered to appear for a remote hearing on **Friday, October 25, 2024**, at **11:00 AM**. Counsel should dial in by calling (646) 453-4442 and entering the Phone Conference ID: **670 667 05**, followed by the pound (#) sign.

SO ORDERED.

Dated: October 24, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge